### 9459.   Putney *v.* Pass.

Bloodworth, J. The grounds of the amendment to the motion for new trial are without merit. There is evidence sufficient to support the verdict, and the judgment is

*Affirmed. Broyles, P. J., and Harwell, J., concur.*

Decided June 12, 1918. Rehearing denied August 2, 1918.

Action for breach of contract; from Dougherty superior court— Judge Harrell. November 30, 1917.

*Pope & Bennet,* for plaintiff in error.